ORIGINAL

LODGED
2014 AUG 19 PM 1:57
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

FILED
CLERK, U.S. DISTRICT COURT
AUG 20 2014
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* [UNDER SEAL],<br><br>               Plaintiffs,<br><br>     v.<br><br>[UNDER SEAL],<br><br>               Defendant. | No. CV 13-7541 BRO (AGRx)<br><br>**[PROPOSED] ORDER OF DISMISSAL AND UNSEALING THE ACTION**<br><br>**[FILED UNDER SEAL**<br><br>DO NOT ENTER ON PACER<br>DO NOT PLACE IN PRESS BOX |

[FILED ~~IN CAMERA AND~~ UNDER SEAL]

006211-11 703648 V1

1  STEVE W. BERMAN (*pro hac vice*)
   steve@hbsslaw.com
2  SHAYNE C. STEVENSON (*pro hac vice*)
   shaynes@hbsslaw.com
3  HAGENS BERMAN SOBOL SHAPIRO LLP
4  1918 8th Avenue, Suite 3300
   Seattle, WA 98101
5  Telephone: (206) 268-9340
   Facsimile: (206) 623-0594
6          -and-
7  ELAINE T. BYSZEWSKI (SBN 222304)
   elaine@hbsslaw.com
8  HAGENS BERMAN SOBOL SHAPIRO LLP
9  301 North Lake Avenue, Suite 203
   Pasadena, CA 91101
10 Telephone: (213) 330-7150
   Facsimile: (213) 330-7152

*Attorneys for Plaintiff-Relator John Doe*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* JOHN DOE,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CVS CAREMARK CORP.,<br><br>                    Defendant. | No. CV 13-7541 BRO (AGRx)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL AND UNSEALING THE ACTION<br><br><u>**FILED UNDER SEAL**</u><br><br>DO NOT ENTER ON PACER<br>DO NOT PLACE IN PRESS BOX |
|---|---|

1    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and the Notice of Dismissal and Consent to Dismissal, this action is hereby dismissed without prejudice to *qui tam* plaintiff John Doe (the "Relator") and without prejudice to the United States and the State of California.

5    The following documents only shall be unsealed: (1) the Complaint filed on October 11, 2013 by the Relator; (2) the Notice of Dismissal and Consent to Dismissal by the United States of America and the State of California; and (3) this Order.

9    All other documents currently contained in the Court's file shall remain under seal and shall not be served on the defendant or otherwise be made public.

12  IT IS SO ORDERED this 20 day of Aug, 2014

UNITED STATES DISTRICT COURT JUDGE

ORDER OF DISMISSAL AND
UNSEALING THE ACTION - 1

006211-11 703648 V1